BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
TRACI J. WHELAN, IDAHO STATE BAR NO. 4416
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
6450 N. MINERAL DRIVE SUITE 210
COEUR D'ALENE, ID 83815
TELEPHONE: (208) 667-6568
FACSIMILE: (208) 667-0814

U.S. COURTS

FEB 11 2021

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 2:21-cr-053-BLW |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | 18 U.S.C. §§ 2241(c), 1153 |
| GARY EUGENE MOFFIT, AKA GARY E. MOFFITT, | |
| Defendant. | |

The Grand Jury charges:

### COUNT ONE

**Aggravated Sexual Abuse of a Minor**
**18 U.S.C. § 2241(c)**

Between December 8, 2011, and April 5, 2012, in the District of Idaho and within the exterior boundaries of the Coeur d'Alene Indian Reservation, the defendant, GARY EUGENE MOFFIT, AKA GARY E. MOFFITT, an Indian, did knowingly engage in a sexual act, to wit, contact between the penis and the vulva and anus, with S.T., an Indian, who had not attained the age of 12 years in violation of Title 18, United States Code, Section 2241(c) and 1153.

**INDICTMENT** - 1

Dated this 9th day of February, 2021.

                                                  A TRUE BILL

                                                  */s/ [signature on reverse]*

                                                  FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

TRACI J. WHELAN
ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT** - 2