# UNITED STATES DISTRICT COURT

District of Idaho

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GARY EUGENE MOFFIT,<br><br>Defendant. | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**<br><br>Case No. 2:21-cr-00053-BLW-1 |

It is ORDERED that a Video detention hearing is set for June 23, 2021 at 10:00 a.m. (Pacific Time) / 11:00 a.m. (Mountain Time) before U.S. Magistrate Judge Raymond E. Patricco.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

DATED: June 17, 2021

Raymond E. Patricco
U.S. Magistrate Judge