**BOLTON LAW, PLLC**
424 E. Sherman Ave., Ste. 308
Coeur d'Alene, Idaho 83814
Telephone: (208) 306-3360
Facsimile:  (208) 519-3974
K. Jill Bolton ISBN: 5269
Hayes J. Hartman ISBN: 11040
reception@kjboltonlaw.com

**Attorney for Defendant**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>GARY EUGENE MOFFIT, AKA GARY E. MOFFITT<br><br>　　　　　　　　　Defendant. | CASE NO. 2:21-CR-00053-BLW<br><br>**MOTION TO CONTINUE** |

COMES NOW, the Defendant, GARY EUGENE MOFFIT, by and through his Attorney of record, K. Jill Bolton of the law firm BOLTON LAW, PLLC, and hereby respectively moves the Court for an Order continuing the February 7, 2022 trial for a period of 30 days and extending the time for any additional pre-trial motions in accordance with this proposed 30 day trial continuance by and for the following reasons:

1. Counsel for Defendant has been diligently working toward preparing for trial in this matter.

2. In the course of trial preparation, counsel obtained the Court's approval for the issuance of Fed. R. Crim. P. 17 subpoenas.

3. Though our motion to obtain these subpoenas was made about 3 weeks ago and promptly granted, the notice requirement of the subpoenas required service of notice and 10 days to object upon the Government's witness, Serena Trevino.

4. The first address supplied by the Government for Ms. Trevino was incorrect and so two attempts at service were required before service of the notice was successful.

5. The US Marshals were notified that service of the subpoenas could then be made after the expiration of the notice requirement, on or after January 17, 2022.

6. One subpoena was served late last week and the other three subpoenas were served only today.

7. Undersigned counsel has contacted all four subpoenaed entities to coordinate response times and has reached only one who advises that a response could be supplied by this Friday, January 28, 2022.

8. Despite counsel's best efforts to timely obtain and review these records, it does not appear that this will be feasible reasonably in advance of the currently scheduled trial date of February 7, 2022.

9. The records at issue are critical to Mr. Moffit's defense in this matter and he does not wish to proceed to trial without them.

10. Further, any records obtained that the Defendant may wish to use at trial will require disclosure to the Government pursuant to our reciprocal discovery obligations.

11. Counsel for Defendant has conferred with counsel for Plaintiff, AUSA Traci Whalen, who indicates she objects on behalf of Ms. Trevino.

12. Additionally, and equally as concerning and significant, the current COVID-19 pandemic and its most recent, highly contagious strain, the Omicron variant, has created a situation in which potential jurors, witnesses, court staff and the parties' health may be at risk in a public trial setting.

13. Mr. Moffit is not willing to waive his right to confront and cross examine witnesses in a public trial setting and to be tried before a jury of his peers in a public trial.

14. Mr. Moffit understands his right to a speedy trial and agrees to waive those rights and exclude this additional 30 days from the speedy trial calendar for the purpose of promoting his effective representation in this matter.

15. For scheduling purposes, undersigned counsel advises that she has a previously scheduled out of town trip scheduled for the first full week of April from April 4 – 8, 2022 and a scheduled date that does not include that week is respectfully requested.

DATED this 24th day of January 2022.

/s K. Jill Bolton
K. Jill Bolton, ID 5269
Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that on January 24<u>th</u>, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorney: Traci Whelan.

<u>/s K. Jill Bolton</u>
K. Jill Bolton, ID 5269
Attorney for Defendant